THE BOWERY SAVINGS BANK *v.* EDWARD C. RICHARDS.

(Argued June 8, 1875; decided June 15, 1875.)

THIS was an appeal from an order of General Term reversing two orders of Special Term, the one adjudging one Andrew B. Hine guilty of contempt in interfering with and prejudicing the rights of James M. Oakley, appointed receiver herein, and referring it to a referee to ascertain damages, the other imposing a fine, etc. *Held,* not appealable. (*Batterman* v. *Finn,* 40 N. Y., 340; *Carrington* v. *Florida Railroad Company,* 52 id., 583.)

*William G. Wilson* for the appellant.

*Albert Smith* for the respondent.

FOLGER, J., reads for dismissal of the appeal.
All concur.
Appeal dismissed.

———————————

THOMAS RAE, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondents.

(Argued June 8, 1875; decided June 15, 1875.)

THIS was an appeal from an order of the General Term of the Superior Court of the city of New York, affirming an order of Special Term dissolving a preliminary injunction. *Held,* not appealable. (*Paul* v. *Munger,* 47 N. Y., 469; *People* v. *Schoonmaker,* 50 id., 499.)

*Irving Ward* for the appellant.

*William Barnes* for the respondents.

ALLEN, J., reads for dismissal of appeal.
All concur.
Appeal dismissed.